IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40267
Summary Calendar

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

     v.

JOSE ANTONIO SANTOS-MORENO

                    Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-CR-1073-ALL
--------------------
January 27, 2003

Before KING, Chief Judge, and DeMOSS and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

     Jose Antonio Santos-Moreno ("Santos") appeals his guilty-

plea conviction and sentence for being an alien unlawfully found

in the United States after deportation pursuant to 8 U.S.C.

§ 1326.  He argues that the magistrate judge lacked jurisdiction

to accept his guilty plea, that his indictment was defective

under Apprendi v. New Jersey, 530 U.S. 466 (2000), and that his

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

prior cocaine-possession conviction was not an aggravated felony for purposes of U.S.S.G. § 2L1.2(b)(1)(C)(2001).

Santos consented to entry of his plea by a magistrate judge and did not object in the district court; he therefore waived any procedural error in that regard. See United States v. Bolivar-Munoz, 313 F.3d 253, 255 (5th Cir. 2002). Santos concedes that his Apprendi argument is foreclosed by United States v. Rodriquez-Montelongo, 263 F.3d 429, 434 (5th Cir. 2001), and states that he raises the issue only to preserve it for possible Supreme Court review. The issue is foreclosed. Santos' challenge to the adjustment of his offense level under U.S.S.G. § 2L1.2(b)(1)(C)(2001) is without merit. See United States v. Caicedo-Cuero, 312 F.3d 697, 706-11 (5th Cir. 2002).

AFFIRMED.